USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

    Plaintiff,

v.

D&A EXPRESS CANDY GROCERY CORP. AND METRO PROPERTIES, LLC,

    Defendants.

No. 19-CV-2804

DEFAULT JUDGMENT

**NOW THEREFORE,** this action having been commenced on March 28, 2019 by the filing of the summons, civil cover sheet and complaint, and a copy of the same having been served through the Secretary of State on Defendants D & A Express Candy Grocery Corp. and Metro Properties, LLC ("Defendants"), and proof of service having been filed on April 25, 2019 and August 14, 2019, and the Defendants not having answered the complaint, and the time for answering the complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff's motion for a default judgment against Defendants is granted; accordingly, judgment is entered against Defendants as follows:

    a. Plaintiff is awarded the amount of $1,000 in damages;

    b. Defendants shall provide an ADA-compliant accessible entrance at the street level and otherwise comply with the ADA as to the step at the main and only entrance; and

    c. Defendants shall comply with the terms of this judgment within sixty (60) days of the entry of judgment.

It is further **ORDERED** that Plaintiff's motion for attorneys' fees and costs shall be filed no later than February 14, 2020.

SO ORDERED.

Dated:    November 19, 2019
               New York, New York

Ronnie Abrams
United States District Judge

This document was entered on the docket on_____.